**CERT**
SIGAL CHATTAH, ESQ.
NV Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd. #204
Las Vegas, Nevada 89118
(702) 360-6200
(702) 643-6292
Chattahlaw@gmail.com
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN VANNESS, an individual, )<br>ALEXANDREA SLACK, an individual )<br>MARTIN WALDMAN, an individual, )<br>ROBERT BEADLES, an individual )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>FRANCISCO V. AGUILAR, in his official )<br>capacity as Nevada Secretary of State, JOSEPH M. )<br>LOMBARDO, in his official capacity as Governor )<br>of the State of Nevada, DOES )<br>I-X, inclusive: ROE )<br>CORPORATIONS 11-20, inclusive. )<br>)<br>)<br>Defendants. )<br>) | Case No:<br><br>**CERTIFICATE OF INTERESTED PARTIES -LR 7.1.1** |

## **CERTIFICATE OF INTERESTED PARTIES**

The undersigned, counsel of record SIGAL CHATTAH, ESQ. of the CHATTAH LAW

GROUP, certifies that the following Plaintiffs have an interest in the outcome of this case for

relief, damages and other equitable remedies against all Defendants under 42 U.S.C §1983

SUSAN VANNESS, an individual,

ALEXANDREA SLACK, an individual

-1-

MARTIN WALDMAN, an individual,

ROBERT BEADLES, an individual

These representations are made to enable judges of the court to evaluate possible recusal.

Dated this 29th day of June, 2023.

Respectfully submitted:

CHATTAH LAW GROUP

*/S/ Sigal Chattah*
SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Bl., Ste. 204
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Attorney for Plaintiffs