## UNITED STATES DISTRICT COURT

For the
DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN VANNESS, an individual, ) <br> ALEXANDREA SLACK, an individual ) <br> MARTIN WALDMAN, an individual, ) <br> ROBERT BEADLES, an individual ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> FRANCISCO V. AGUILAR, in his official ) <br> capacity as Nevada Secretary of State, JOSEPH M. ) <br> LOMBARDO, in his official capacity as Governor ) <br> of the State of Nevada, DOES ) <br> I-X, inclusive: ROE ) <br> CORPORATIONS 11-20, inclusive. ) <br> ) <br> ) <br> Defendants. ) <br> ) | Case No:  **2:23-cv-01009** |

**SUMMONS IN A CIVIL ACTION**

**TO:   FRANCISCO V. AGUILAR**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2)or (3)- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**CHATTAH LAW GROUP**
**5875 S. RAINBOW BLVD.  #204**
**LAS VEGAS, NV 89118**
**TEL: (702) 360-6200**
**AX: (702) 643-6292**
**CHATTAHLAW@GMAIL.COM**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must filed your answer or motion with the Court.

*CLERK OF COURT*

Date:  _____     _____

*Signature of Clerk or Deputy Clerk*