## AFFIDAVIT OF SERVICE

| Case:<br>2:23-CV-01009 | Court:<br>UNITED STATES DISTRICT COURT | County:<br>DISTRICT OF NEVADA | Job:<br>9141204 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>SUSAN VANNESS; ALEXANDREA SLACK; MARTIN WALDMAN;<br>ROBERT BEADLES | | Defendant / Respondent:<br>FRANCISCO AGUILAR; JOSEPH M. LOMBARDO | |
| Received by:<br>Battle Born Process Service, License #1876 | | For:<br>CHATTAH LAW GROUP | |
| To be served upon:<br>FRANCISCO AGUILAR, IN HIS OFFICIAL CAPACITY AS NEVADA SECRETARY OF STATE | | | |

I, Kyle Thomas, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  FRANCISCO AGUILAR, IN HIS OFFICIAL CAPACITY AS NEVADA SECRETARY OF STATE, C/O NEVADA ATTORNEY GENERAL: 100 N CARSON ST, CARSON CITY, NV 89701

**Manner of Service:**  Authorized - an agent lawfully designated to accept service of process
CAITLIN PAGNI, LEGAL RESEARCHER, Jul 6, 2023, 1:23 pm PDT
ACCEPTED AS A COURTESY COPY ONLY.

**Documents:**  SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT

**Additional Comments:**

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

_____        7/7/2023
Kyle Thomas                                **Date**
# R-2019-08090

Battle Born Process Service, License #1876
3710 Grant Drive Suite L
Reno, NV 89509
(775) 507-7188