# AFFIDAVIT OF SERVICE

| Case: 2:23-CV-01009 | Court: UNITED STATES DISTRICT COURT | County: DISTRICT OF NEVADA | Job: 9141254 |
|---|---|---|---|
| **Plaintiff / Petitioner:** SUSAN VANNESS; ALEXANDREA SLACK; MARTIN WALDMAN; ROBERT BEADLES | | **Defendant / Respondent:** FRANCISCO AGUILAR; JOSEPH M. LOMBARDO | |
| **Received by:** Battle Born Process Service, License #1876 | | **For:** CHATTAH LAW GROUP | |
| **To be served upon:** JOSEPH M. LOMBARDO, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF NEVADA | | | |

I, Kyle Thomas, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** JOSEPH M. LOMBARDO, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF NEVADA, C/O NEVADA ATTORNEY GENERAL: 100 N CARSON ST, CARSON CITY, NV 89701

**Manner of Service:** Authorized - an agent lawfully designated to accept service of process
CAITLIN PAGNI, LEGAL RESEARCHER, Jul 6, 2023, 1:23 pm PDT
ACCEPTED AS A COURTESY COPY ONLY.

**Documents:** SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT

**Additional Comments:**

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

_____   7/7/2023
Kyle Thomas                 Date
# R-2019-08090

Battle Born Process Service, License #1876
3710 Grant Drive Suite L
Reno, NV 89509
(775) 507-7188