AARON D. FORD
  Attorney General
KIEL B. IRELAND (Bar No. 15368)
  Deputy Solicitor General
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
T: (775) 684-1100
E: kireland@ag.nv.gov

*Attorneys for Governor Lombardo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUSAN VANNESS, an individual, ALEXANDREA SLACK, an individual, MARTIN WALDMAN, an individual, ROBERT BEADLES, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> FRANCISCO V. AGUILAR, in his official capacity as Nevada Secretary of State, JOSEPH M. LOMBARDO, in his official capacity as Governor of the State of Nevada, DOES I-X, inclusive; ROE CORPORATIONS 11-20, inclusive, <br><br> Defendants. | Case No. 2:23-cv-01009-CDS-VCF <br><br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Defendant Joseph M. Lombardo, in his official capacity as Governor of the State of Nevada (Governor Lombardo) by and through his counsel AARON D. FORD, Attorney General of Nevada, and Deputy Solicitor General KIEL B. IRELAND hereby notify the Court and respective parties to this action that Deputy Solicitor General Kiel B. Ireland is appearing on behalf of Defendant Governor Lombardo.

DATED this 27th day of July 2023.

AARON D. FORD
Attorney General

By: /s/ Kiel B. Ireland
  KIEL B. IRELAND (Bar No. 15368)
  Deputy Solicitor General
  *Attorneys for Governor Lombardo*

Page **1** of **1**