SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd #203
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax: (702) 643-6292
Chattahlaw@gmail.com
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN VANNESS, an individual,<br>ALEXANDREA SLACK, an individual<br>MARTIN WALDMAN, an individual,<br>ROBERT BEADLES, an individual<br><br>    Plaintiffs<br>vs.<br><br>FRANCISCO V. AGUILAR, in his official capacity as Nevada Secretary of State, JOSEPH M. LOMBARDO, in his official capacity as Governor of the State of Nevada, DOES I-X, inclusive: ROE CORPORATIONS 11-20, inclusive.<br><br>    Defendants | Case No: 2:23-cv-01009-CDS-VCF [1]<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**<br>**(FIRST REQUEST)** |

Plaintiffs SUSAN VANNESS ET AL ("Plaintiffs"), and Defendants Secretary of State FRANCISCO V. AGUILAR and Governor JOSEPH M. LOMBARDO ("Defendants"), by and through their respective attorneys of record, hereby stipulate and agree to extend the briefing schedule on Defendants' Motion to Dismiss, filed November 16, 2023 (ECF No. 23). Plaintiffs' counsel will be traveling to prepare for a trial at the time Plaintiffs' response to the Motion to Dismiss is due and seeks additional time to respond. This is the first stipulation for extension of

---

[1] This case is assigned to Judge Cristina D. Silva. All documents must bear the correct case number: **2:23-cv-01009-CDS-VCF**. ECF No. 8.

time for briefing on Defendants' Motion to Dismiss.  The parties agree to the following deadlines:

    1.    The date for Plaintiffs to file and serve a response to Defendants' Motion to Dismiss shall be extended to December 14, 2023.

    2.    The date for Defendants to file and serve any Reply in support of their Motion to Dismiss is fourteen (14) days from Plaintiffs' filing and serving of their Response to Defendants' Motion to Dismiss.

Dated this __28th_ day of November, 2023.

Respectfully submitted:

**CHATTAH LAW GROUP**

*/s/ Sigal Chattah*
SIGAL CHATTAH, ESQ.
CHATTAH LAW GROUP
5875 S. Rainbow Blvd. #203
Las Vegas, Nevada 89118
Tel.:(702) 360-6200
*Attorney for Plaintiffs*

AARON D. FORD
Attorney General
By: */s/Kiel B. Ireland*
JESSICA E. WHELAN (Bar No. 14781)
Senior Deputy Attorney General
KIEL B. IRELAND (Bar No. 15368)
Deputy Solicitor General
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
T: (775) 684-1100
E: jwhelan@ag.nv.gov
   kireland@ag.nv.gov
*Attorneys for Governor Lombardo*

AARON D. FORD
Attorney General
By: /s/ Laena St.-Jules
LAENA ST-JULES (Bar No. 15156)
Senior Deputy Attorney General
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
T: (775) 684-1100
E: lstjules@ag.nv.gov
*Attorneys for Secretary Aguilar*

## ORDER

Based on the parties' preceding stipulation, the briefing schedule on defendants' motion to dismiss is hereby extended as above. Plaintiffs' response is due on December 14, 2023. Defendants' reply is due on December 28, 2023. IT IS SO ORDERED.

Dated: November 30, 2023

_____
UNITED STATES DISTRICT JUDGE