AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Susan Vanness et al.,

          Plaintiffs,

v.

Francisco V. Aguilar et al.,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-01009-CDS-MDC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Defendants and against Plaintiffs. The second amended complaint is dismissed with prejudice.

04/08/24  
Date

DEBRA K. KEMPI  
Clerk

/s/ R. Gador  
Deputy Clerk