**NOTC**
SIGAL CHATTAH, ESQ.
Nevada State Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd. #204
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax:(702) 643-6292
*Attorney for Plaintiffs*
*Susan Vanness Et Al*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*****

| | |
|---|---|
| SUSAN VANNESS, an individual, ) | |
| ALEXANDREA SLACK, an individual ) | |
| MARTIN WALDMAN, an individual, ) | |
| ROBERT BEADLES, an individual ) | |
| ) | Case No: 2:23-cv-01009-CDS-VCF |
| Plaintiffs, ) | |
| vs. ) | |
| ) | |
| FRANCISCO V. AGUILAR, in his official ) | **NOTICE OF APPEAL** |
| capacity as Nevada Secretary of State, JOSEPH M. ) | |
| LOMBARDO, in his official capacity as Governor ) | |
| of the State of Nevada, DOES ) | |
| I-X, inclusive: ROE ) | |
| CORPORATIONS 11-20, inclusive. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs SUSAN VANNESS, *ET AL* in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from ORDER [ECF NO. 30] dated April 8, 2024, granting Defendants Francisco V. Aguilar Et Al's

///

Motion to Dismiss and Judgment thereon [ECF NO. 31].

DATED this 1st day of May, 2024.

**CHATTAH LAW GROUP**

/s/ *Sigal Chattah*
SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd. #204
Las Vegas, Nevada 89118

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that service of the foregoing was served on the 1st day of May, 2024 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

_____/s/  Sigal Chattah_____
An Employee of Chattah Law Group